AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>FEDERAL BUREAU OF INVESTIGATIONS NEW YORK DIVISION<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  20-cv-2838 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/2017__ in the county of __NEW YORK__ in the __SOUTHERN__ District of __NEW YORK__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| PEN § 40.00 PEN § 40.05 PEN § 40.10 PEN § 40.15 PEN § 55.00 PEN § 35.30 PEN § 35.15 PEN § 20.20 PEN  42 U.S. Code § 3617 18 U.S.C. § 4 18 U.S. Code § 25 18 U.S. Code § 35 18 U.S.C. § 112 18 U.S. Code § 114 18 U.S. Code § 115 18 U.S. Code § 116 18 U.S.C. § 153 18 U.S. Code § 175 18 | 18 U.S. Code § 175 18 U.S.C. § 245(b)(2) 42 U.S.C. § 3631 18 U.S. Code § 246 18 U.S.C. § 247 18 U.S. Code § 24 18 U.S. Code § 351 923 18 USC § 371 18 U.S. Code § 373 18 U.S. Code § 40 18 U.S.C. 40 18 U.S. Code § 473 18 U.S. Code § 471 [USC02] 18 USC 482   18 U.S. Code § 483 18 U.S. Code § 521. 18 U.S. Code § 59  18 U.S. Code § 641 18 U.S. Code § 643  18 U.S. Code § 644  18 U.S. Code § 752 18 U.S. Code § 757 18 U.S. Code § 792 18 U.S. Code § 872 18 U.S. Code § 873 18 U.S.C. 874 18 U.S. Code § 87 18 U.S. Code § 87 18 U.S. Code § 88 18 U.S. Code § 911  18 U.S. Code § 1832 |

This criminal complaint is based on these facts:

18 USC 482 18 U.S. Code § 483 18 U.S. Code § 521 18 U.S. Code § 59 18 U.S. Code § 641 18 USC 482   18 U.S. Code § 483 18 U.S. Code § 521. 18 U.S. Code § 59  18 U.S. Code § 641   18 U.S. Code § 643   18 U.S. Code § 644  18 U.S. Code § 752   18 U.S. Code § 757  18 U.S. Code § 792   18 U.S. Code § 872   18 U.S. Code § 873 18 U.S.C. 874   18 U.S. Code § 87   18 U.S. Code § 87 18 U.S. Code § 88 18 U.S. Code § 911   18 U.S. Code § 913 18 U.S. Code § 1073 18 U.S. Code § 162 18 U.S. Code § 1652 18 U.S. Code § 1801 18 U.S. Code § 1831

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Elvin Bernard
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/18/20__

City and state: __NY, NY__

_____
*Judge's signature*

_____
*Printed name and title*

Elvin Gonad
234 W 21st Ave
New York NY 10027

Pro Se
Intake

U.S. District Court
500 Pearl Street Rm 162
New York, New York 10007